# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0866
_____

Kenneth L. Richardson,

Appellant,

v.

Amelia Richardson,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Peter A. Mallory, Judge.

October 10, 2025

Per Curiam.

Affirmed.

Rowe, Kelsey, and M.K. Thomas, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Russell Kevin Ramey of Ramey Law Offices, Panama City, for Appellant.

Clark Thomas Rogers, Jr., of Burke Blue P.A., Panama City; Mark Vincent Murray of Law Office of Mark V. Murray, Tallahassee; George Thomas Reeves of Davis, Schnitker, Reeves & Browning, Madison, for Appellee.